FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

97 SEP 23 PM 1:10

U.S. DISTRICT COURT
N.D. OF ALABAMA

WILLIE CHARLES JEMISON, )
)
Petitioner, )
)
vs )  CIVIL ACTION NO. 95-B-0934-M
)
WARDEN RON SUTTON, et al, )
)
Respondent(s). )

ENTERED

SEP 23 1997

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this 23rd day of September, 1997.

SHARON LOVELACE BLACKBURN,
UNITED STATES DISTRICT JUDGE

14